UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,         :    19 CRIM 349

    - v -                             :    19 Cr. _____

BANCA IMI SECURITIES CORP.,       :    NOTICE OF INTENT TO
                                                FILE AN INFORMATION
          Defendant.             :

                                                  JUDGE OETKEN

- - - - - - - - - - - - - - - - x

        Please take notice that the United States Department of Justice, Antitrust Division will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: 04/05/2019
       New York, New York

                                JAMES J. FREDRICKS
                                Chief, Washington Criminal II
                                Antitrust Division
                                U.S. Department of Justice

                        By: _____
                                DANIEL MCCUAIG
                                Trial Attorney, Antitrust Division
                                U.S. Department of Justice

                        AGREED AND CONSENTED TO:

                        By: _____
                                MICHAEL V. RELLA
                                Attorney for Banca IMI Securities Corp.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/19