UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

UNITED STATES OF AMERICA

    v.

BANCA IMI SECURITIES CORP.,

             Defendant.

------------------------------------------------------------ X

19 Cr.

**19 CRIM 349**

The above-named defendant, which is accused of violating Title 15, United States Code, Section 1, being advised of the nature of the charge and of its rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant Banca IMI Securities Corp.
By: Paolo Desideri, Chief Executive Officer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 10 2019

WITNESS: _____

_____
Steven D. Feldman
Counsel for Banca IMI Securities Corp.

Date: May 10, 2019
      New York, New York

